FLEMING, Respondent, *v.* EVERARD, Appellant.

(*Common Pleas of New York City and County, General Term.* May 16, 1889.)

Argued before LARREMORE, C. J., and ALLEN and BOOKSTAVER, JJ.
*D. M. Newburger,* for appellant.   *L. J. Conlan,* for respondent.
Judgment affirmed, with costs.

---

FREYGANG *v.* STANTON.

(*Common Pleas of New York City and County, General Term.* May 16, 1889.)

Argued before LARREMORE, C. J., and ALLEN and BOOKSTAVER, JJ.
Judgment affirmed, with costs.

---

HEYDERMAN, Appellant, *v.* JENKINS, Respondent.

(*Common Pleas of New York City and County, General Term.* May 16, 1889.)

Argued before LARREMORE, C. J., and ALLEN and BOOKSTAVER, JJ.
*D. Steckler,* for appellant.   *J. F. Horan,* for respondent.
Appeal dismissed, without costs.

---

HUBER *et al.,* Appellants, *v.* RYAN *et al.,* Respondents.

(*Common Pleas of New York City and County, General Term.* May 16, 1889.)

Argued before LARREMORE, C. J., and ALLEN and BOOKSTAVER, JJ.
*Donald McLean,* for appellants.   *J. F. McIntyre,* for respondents.
Judgment affirmed, with costs.

---

JOHN, Respondent, *v.* BUTTERFIELD, Appellant.

(*Common Pleas of New York City and County, General Term.* May 16, 1889.)

Argued before LARREMORE, C. J., and ALLEN and BOOKSTAVER, JJ.
*J. H. Atkinson,* for appellant.   *P. C. Tallman,* for respondent.
Judgment affirmed, with costs.

---

KELLY, Appellant, *v.* COLLINS, Respondent.

(*Common Pleas of New York City and County, General Term.* May 16, 1889.)

Argued before LARREMORE, C. J., and ALLEN and BOOKSTAVER, JJ.
*Roe & Macklin,* for appellant.   *Doherty, Dennison & Hendrik,* for respondent.
Judgment affirmed, with costs.

---

KINNEY, Respondent, *v.* MILLER *et al.,* Appellants.

(*Common Pleas of New York City and County, General Term.* May 16, 1889.)

Argued before LARREMORE, C. J., and ALLEN and BOOKSTAVER, JJ.
*T. C. Cronin,* for appellants.   *E. Coffee, Jr.,* for respondent.
Order affirmed, with costs.

---

KLEY *v.* HEALY

(*Common Pleas of New York City and County, General Term.* May 16, 1889.)

Argued before LARREMORE, C. J., and ALLEN and BOOKSTAVER, JJ.
Judgment affirmed, with costs.